# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:08CR255 |
| vs. | ) | |
| | ) | ORDER |
| TIARA SAUNSOCI, | ) | |
| Defendant. | ) | |

Defendant Tiara Saunsoci appeared before the court on Monday, May 14, 2012 on a Petition for Warrant or Summons for Offender Under Supervision [40]. The defendant was represented by CJA Panel Attorney Dennis P. McCarthy and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Through her counsel, the defendant waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk, nor a danger to the community, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Judge Bataillon.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 29, 2012 at 10:30 a.m.** Defendant must be present in person.

2. The defendant, Tiara Saunsoci, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 14th day of May, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge